PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Frederick P. Grippo                                      Cr.: 12-00775-001
                                                                           PACTS #: 65575

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/13/2013

Original Offense: Conspiracy to commit wire fraud.

Original Sentence: 41 months imprisonment, 36 months supervised release

Amended Sentence: 20 months imprisonment, 36 months supervised release

Special Conditions: New Debt Restrictions, Self-Employment/Business Disclosure, Occupational Restrictions, $100 Special Assessment, and $1,275,828 in Restitution.

Type of Supervision: Supervised Release                Date Supervision Commenced: 06/26/2015

## STATUS REPORT

Mr. Grippo currently resides in Old Bridge Township, New Jersey, and he has been employed with Brad Benson Hyundai since May 2015. We believe that Mr. Grippo has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $5,325 towards the restitution balance. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for the collection of any outstanding criminal monetary penalties.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Grippo's term of supervision to expire as scheduled on June 25, 2018.

                                                       Respectfully submitted,

                                                       *Michelle Siedzik*

                                                       By: Michelle Siedzik
                                                           U.S. Probation Officer Assistant
                                                       Date: 03/06/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time – Supervision to expire on June 25, 2018.

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

3/9/2018
_____
Date